1

2

3

4                        UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6                                EUREKA DIVISON

7

8    ALEXIS JOEL AMAYA,                      Case No.  17-cv-0108-NJV (PR)
                 Petitioner,
9
        v.                                   **ORDER DISMISSING CASE**
10
     SCOTT FRAUENHEIM,
11
                 Respondent.
12

13          Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus pursuant

14   to 28 U.S.C. § 2254.  He has paid the filing fee.  He notes that he has another petition pending in

15   this court challenging the same conviction.  In Case No. 16-cv-5069 NJV, the petition was stayed

16   so petitioner could exhaust further claims.  Exhaustion has not been completed.  In this case,

17   petitioner states that he has new claims he seeks to add.  All claims must be brought in the earlier

18   filed petition.  Therefore, this case is dismissed.  When petitioner exhausts all of his claims in the

19   earlier filed petition he may request to amend the petition and add these new claims and the court

20   will consider his arguments at that time.  The new claims must also be exhausted.

21          This case is **DISMISSED**.  The clerk shall close this file.  Because reasonable jurists

22   would not find the result here debatable, a certificate of appealability ("COA") is **DENIED**.  *See*

23   *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000) (standard for COA).

24          **IT IS SO ORDERED.**

25   Dated: February 28, 2017

26                                           _____

27                                           NANDOR J. VADAS
                                             United States Magistrate Judge
28

United States District Court
Northern District of California